C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                              )
STEPHENS SR., LARRY WAYNE  xxx-xx-8993  )
STEPHENS, TRENA MCCLAIN    xxx-xx-1871  )          **ORDER**
411 HIGH ROCK SCHOOL ROAD                )
BLANCH, NC  27212                        )          No:  07-11097 C-13G
                                         )
                                         )
                    Debtors              )

    This case came before the Court for hearing on October 28, 2010, on the Motion filed by the Trustee to dismiss the Debtors from Chapter 13.  All interested parties having been given due notice of the hearing, at the hearing, the Trustee appeared.

    The Court finds after hearing on the Motion that the Motion should be denied without prejudice; therefore, it is

    ORDERED that the Motion by the Trustee to dismiss the Debtors from Chapter 13 is denied without prejudice.

PARTIES TO BE SERVED
PAGE 1 OF 1
07-11097 C-13G

| | |
|---|---|
| ANITA JO KINLAW TROXLER<br>STANDING TRUSTEE<br>PO BOX 1720<br>GREENSBORO NC 27402-1720 | WACHOVIA BANK NA<br>P O BOX 13765<br>ROANOKE VA 24037-3765 |
| LARRY WAYNE STEPHENS SR<br>TRENA MCCLAIN STEPHENS<br>411 HIGH ROCK SCHOOL ROAD<br>BLANCH NC 27212 | PORTFOLIO RECOVERY ASSOC<br>ATTN MANAGING AGENT<br>P O BOX 41067<br>NORFOLK VA 23541 |
| STEVEN H MESSICK ESQ<br>P O BOX 2439<br>BURLINGTON NC 27216-2439 | INTERNAL REVENUE SERVICE<br>CENTRALIZSED INSOLVENCY OPER<br>P O BOX 21126<br>PHILADELPHIA PA 19114-0325 |
| KIMBERLY A SHEEK ESQ<br>8520 CLIFF CAMERON DR #300<br>CHARLOTTE NC  28269 | CITIFINANCIAL INC<br>ATTN MANAGING AGENT<br>P O BOX 140484<br>IRVING TX 75014-0484 |