C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                          )
STEPHENS SR., LARRY WAYNE    xxx-xx-8993   )
STEPHENS, TRENA MCCLAIN       xxx-xx-1871   )    **ORDER**
411 HIGH ROCK SCHOOL ROAD               )
BLANCH, NC  27212                                )    No: 07-11097 C-13G
                                                )
                                                )
                  Debtors            )

This case came before the Court for hearing on October 28, 2010, on the Motion filed by the Trustee to dismiss the Debtors from Chapter 13. All interested parties having been given due notice of the hearing, at the hearing, the Trustee appeared.

The Court finds after hearing on the Motion that the Motion should be denied without prejudice; therefore, it is

ORDERED that the Motion by the Trustee to dismiss the Debtors from Chapter 13 is denied without prejudice.

November 2, 2010

_____
THOMAS W. WALDREP, JR.
UNITED STATES BANKRUPTCY JUDGE

027157

PARTIES TO BE SERVED
PAGE 1 OF 1
07-11097 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

LARRY WAYNE STEPHENS SR
TRENA MCCLAIN STEPHENS
411 HIGH ROCK SCHOOL ROAD
BLANCH NC 27212

STEVEN H MESSICK ESQ
P O BOX 2439
BURLINGTON NC 27216-2439

KIMBERLY A SHEEK ESQ
8520 CLIFF CAMERON DR #300
CHARLOTTE NC  28269

WACHOVIA BANK NA
P O BOX 13765
ROANOKE VA 24037-3765

PORTFOLIO RECOVERY ASSOC
ATTN MANAGING AGENT
P O BOX 41067
NORFOLK VA 23541

INTERNAL REVENUE SERVICE
CENTRALIZSED INSOLVENCY OPER
P O BOX 21126
PHILADELPHIA PA 19114-0325

CITIFINANCIAL INC
ATTN MANAGING AGENT
P O BOX 140484
IRVING TX 75014-0484

027157    8070502718401 7

THU-80705 0418-2 pdf099 07-11097
Middle District of North Carolina
Greensboro
101 S. Edgeworth Street
Greensboro, NC 27401

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

FILED NOV 15 '10 AM 8:52 USBC-GRN

027157  27157 1 AT 0.354  75014  5 8  6622-0-27157

Citifinancial, Inc.
Attn: Managing Agent
PO Box 140484
Irving, TX 75014-0484

NIXIE         750    DE  1         00  11/09/10
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD
BC: 27401802499        *2302-08644-09-15

27401@6024

027157

8070502718401 7